HURLEY-TOBIN COMPANY, respondent,

*v.*

COURTLAND Y. WHITE, appellant.

[Submitted December 7th, 1914.   Decided March 1st, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported *ante p. 60.*

*Mr. Peter Backes,* for the respondent.

*Messrs. Wescott & Weaver,* for the appellant.

*84 N. J. Eq.* Cohen *v.* Pool.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS—15.

*For reversal*—None.